IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 2:17-CV-14077-MIDDLEBROOKS

PATRICIA FONNEGRA,

        Plaintiff,

v.

SUNTRUST BANK,

        Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation for Final Order of Dismissal with Prejudice ("Stipulation"), filed on August 10, 2017. (DE 19). The Court congratulates the Parties on their amicable resolution of this matter. Pursuant to the Parties' request, the Court retains jurisdiction to enforce the Parties' settlement agreement.

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE this CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this ___ day of August, 2017.

                                                      DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record